FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2019 APR -4  AM 11: 06

DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO.  6:19-cr-74-ori-40DCI
26 U.S.C. § 7206(2)

LESLIE MUNIZ
   a/k/a "Mazaly Muniz"

UN - SEALED

**INDICTMENT**

The Grand Jury charges:

**COUNTS ONE THROUGH FIFTEEN**

On or about the dates set forth below, in the Middle District of Florida,

and elsewhere, the defendant,

LESLIE MUNIZ,
a/k/a "Mazaly Muniz,"

did willfully aid and assist in, and procure, counsel, and advise the preparation

and presentation to the Internal Revenue Service, of individual and joint U.S.

Income Tax Returns, Forms 1040, 1040X, 1040 Schedule C, 1040 Schedule A,

and 4136 for the taxpayers and calendar years set forth below, under and in

connection with matters arising under the Internal Revenue laws, which

returns were false and fraudulent as to material matters, in that the returns

represented that the taxpayers were entitled to claim deductions for items and

in amounts set forth below, whereas, as the defendant then and there knew,

the taxpayers were not entitled to claim deductions in the claimed amounts:

| COUNT | DATE OF OFFENSE | TAXPAYER(S) | TAX YEAR | FALSELY CLAIMED ITEM(S) |
|---|---|---|---|---|
| One | 1/24/2013 | J.G. | 2012 | Loss of $2,996 from Schedule C business |
| Two | 1/24/2014 | J.G. | 2013 | Loss of $13,549 from Schedule C business |
| Three | 1/16/2015 | J.G. | 2014 | Loss of $16,029 from Schedule C business |
| Four | 1/7/2016 | J.G. | 2015 | Loss of $24,277 from Schedule C business |
| Five | 5/15/2014 | J.G. and M.G. | 2012 | Unreimbursed employee expenses of $25,535 on Schedule A |
| Six | 2/13/2014 | J.G. and M.G. | 2013 | Unreimbursed employee expenses of $37,055 on Schedule A; gifts to charity of $5,674 on Schedule A; other expenses—investment, safe deposit box, etc. of $4,151 on Schedule A |
| Seven | 2/6/2015 | J.G. and M.G. | 2014 | Loss of $45,276 from Schedule C business; medical and dental expenses of $8,392 on Schedule A; gifts to charity of $5,411 on Schedule A; other expenses—investment, safe deposit box, etc. of $3,141 on Schedule A; fuel tax credit of $483 on Form 4136 |
| Eight | 1/30/2014 | B.H. | 2013 | Loss of $22,336 from Schedule C business |

| COUNT | DATE OF OFFENSE | TAXPAYER(S) | TAX YEAR | FALSELY CLAIMED ITEM(S) |
|---|---|---|---|---|
| Nine | 1/8/2016 | B.H. | 2015 | Loss of $22,538 from Schedule C business |
| Ten | 3/8/2013 | F.G. and D.M. | 2012 | Loss of $31,837 from Schedule C business; unreimbursed employee expenses of $3,591 on Schedule A |
| Eleven | 2/10/2014 | F.G. and D.M. | 2013 | Loss of $38,482 from Schedule C business; medical and dental expenses of $8,965 on Schedule A; gifts to charity of $631 on Schedule A; other expenses—investment, safe deposit box, etc. of $8,005 on Schedule A; home mortgage interest of $18,844 on Schedule A |
| Twelve | 2/4/2016 | F.G. and D.M. | 2015 | Loss of $46,154 from a Schedule C business; other expenses—investment, safe deposit box, etc. of $8,889 on Schedule A; home mortgage interest of $18,010 on Schedule A |
| Thirteen | 2/8/2017 | F.G. and D.M. | 2016 | Medical and dental expenses of $12,597 on Schedule A; gifts to charity of $670 on Schedule A; unreimbursed employee expenses of $13,665 on Schedule A; other expenses—investment, safe deposit box, etc. of $7,731 on Schedule A; home mortgage interest of $17,222 on Schedule A |
| Fourteen | 1/25/2013 | S.Q. | 2012 | Loss of $14,366 from Schedule C business |

3

| COUNT | DATE OF OFFENSE | TAXPAYER(S) | TAX YEAR | FALSELY CLAIMED ITEM(S) |
|---|---|---|---|---|
| Fifteen | 2/2/2016 | S.Q. | 2015 | Medical and dental expenses of $4,135 on Schedule A; gifts to charity of $1,841 on Schedule A; unreimbursed employee expenses of $25,240 on Schedule A; fuel tax credit of $259 on Form 4136 |

In violation of 26 U.S.C. § 7206(2).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney

By: _____
Roger B. Handberg
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

Case 6:19-cr-00074-PGB-GJK   Document 1   Filed 04/04/19   Page 5 of 5 PageID 5
No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

## THE UNITED STATES OF AMERICA

vs.

## LESLIE MUNIZ
a/k/a "Mazaly Muniz"

## INDICTMENT

Violations: 26 U.S.C. § 7206(2)

A true bill,

_____
Foreperson

Filed in open court this 3rd day of April, 2019.

_____
Clerk

Bail    $_____