UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 6:19-cr-74-Orl-40DCI

LESLIE MUNIZ

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

☒ IS   related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

U.S. v. Rebeca Pabon 6:18-cr-7-Orl-31TBS

☐ IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Dated: May 20, 2019

                                                Respectfully submitted,

                                                MARIA CHAPA LOPEZ
                                                United States Attorney

By: */s/ Chauncey A. Bratt*
     CHAUNCEY A. BRATT
     Assistant United States Attorney
     USA No. 174
     400 W. Washington Street, Suite 3100
     Orlando, Florida  32801
     Telephone:   (407) 648-7500
     Facsimile:   (407) 648-7643
     E-mail:      chauncey.bratt@usdoj.gov

U.S. v. LESLIE MUNIZ                                      Case No. 6:19-cr-74-Orl-40DCI

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

  William Santana, Esquire

                                        */s/ Chauncey A. Bratt*
                                        CHAUNCEY A. BRATT
                                        Assistant United States Attorney
                                        USA No. 174
                                        400 W. Washington Street, Suite 3100
                                        Orlando, Florida  32801
                                        Telephone:   (407) 648-7500
                                        Facsimile:    (407) 648-7643
                                        E-mail:      chauncey.bratt@usdoj.gov